

## NUMBER 13-12-00765-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

SHAH EYE CENTER, P. A. AND
DR. PANKAJKUMAR G. SHAH,                                    Appellants,

v.

BLANCA M. MONTOYA,                                            Appellee.

### On appeal from the 332nd District Court
### of Hidalgo County, Texas.

## MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Rodriguez and Longoria
### Memorandum Opinion Per Curiam

Appellants filed an appeal from a judgment entered by the 332nd District Court of Hidalgo County, Texas, in cause number C-1265-10-F. Appellants have filed an unopposed motion to dismiss the appeal on grounds that the parties have resolved their

differences by reaching an agreement and no longer desire to pursue their appeal. Appellants request that this Court dismiss the appeal with prejudice.

The Court, having considered the documents on file and appellants' unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellants' motion to dismiss is GRANTED, and the appeal is hereby DISMISSED WITH PREJUDICE. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
28th day of February, 2013.